## VERDICT FORM A

1. Are you satisfied from the evidence that Defendant Maggard breached his duty of care to Hensley?

YES _____✓_____

NO _____

**2. If you answered "Yes" to Question No. 1:** Are you satisfied from the evidence that Defendant Maggard's breach of his duty of care was a substantial factor in causing harm to Hensley?

YES _____

NO _____✓_____

*Redacted*

Foreperson's Signature

**If you answered YES on ALL of the above questions, please continue to the next Instruction.**

**If you answered NO to one or more of the above questions, your work is complete. You may return to the courtroom.**

**INSTRUCTION NO. 4**
**DAMAGES**

If you answered YES to all of the questions on Verdict Form A, then you must determine an amount that is fair compensation for Plaintiff's damages. These damages are called compensatory damages. The purpose of compensatory damages is to make Plaintiff whole—that is, to compensate him for the damage that he has suffered. If you find that Defendant Maggard failed to protect Hensley, Plaintiff is entitled to compensatory damages for the destruction of Hensley's ability to earn money, physical injury, pain and suffering, and mental anguish that he suffered because of Defendant's wrongful conduct.

You may award compensatory damages only for injuries that Plaintiff proves were proximately caused by Defendant's wrongful conduct. The damages that you award must be fair compensation for all Plaintiff's damages, no more and no less.

If you decide to award compensatory damages, you should be guided by dispassionate common sense. Computing damages may be difficult, but you must not let that difficulty lead you to engage in arbitrary guesswork. On the other hand, the law does not require that Plaintiff prove the amount of his losses with mathematical precision, but only with as much definiteness and accuracy as the circumstances permit.

You must use sound discretion in fixing an award of damages, drawing reasonable inferences where you find them appropriate from the facts and circumstances in evidence.

You should consider the following elements of damage, to the extent you find them proved by a preponderance of the evidence:

- Destruction of Hensley's ability to earn money;
- Physical harm to Hensley during and after the events at issue, including physical pain, injury, or discomfort; and
- Emotional and mental harm to Hensley during and after the events at issue, up to the moment of his death. No evidence of the value of intangible things, such as mental or physical pain and suffering has been or need be introduced. You are not trying to determine value, but an amount that will fairly compensate Plaintiff for the damages he has suffered. There is no exact standard for fixing the compensation to be awarded for these elements of damage. Any award that you make must be fair in the light of the evidence.

Your verdict must represent the considered judgment of each juror. To return a verdict, it is necessary that each juror agree to it. In other words, your verdict must be unanimous.

## **VERDICT FORM B**

We, the Jury, find that Plaintiff suffered the following damages:

Destruction of Hensley's
ability to labor and earn money:                              $
_____

Physical harm to Hensley:                                    $
_____

Emotional and mental harm to
Hensley:                                                     $
_____

**Total Compensatory**

**Damages:**                                                 $
_____


_____

Foreperson's Signature

13

## INSTRUCTION NO. 5
## COMPARATIVE FAULT

If you reached Verdict Form B, you will determine from the evidence and indicate in the following blank spaces what percentage of the total fault for the Plaintiff injuries was attributable to Defendant Maggard. The total percentage must add up to 100%.

| | |
|---|---|
| Danny Oscar Hensley | _____% |
| Defendant Derek Maggard: | _____% |
| **Total:** | 100% |


_____

Foreperson's Signature

14